

**NIXON PEABODY**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David A. Tauster**
*Associate*
T 516-832-7559
dtauster@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
516-832-7500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-19

December 2, 2019

*Via ECF*

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **Tatum-Rios v. Hastens Beds, Inc.**
    **Docket No. 1:19-cv-07930-RWL**

Denied. However, Defendant's time to respond to the complaint is extended another 30 days to January 3, 2020.

SO ORDERED:

/s/ 12/3/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dear Judge Lehrburger:

This firm represents Defendant Hastens Beds, Inc. ("Hastens") in the above referenced matter. We write to request that the time for Hastens to respond to the complaint be adjourned, *sine die*, as the parties have reached a tentative agreement to resolve this matter. Hastens' response to the complaint is presently due on December 3, 2019. Hastens' time to respond to the complaint has previously been extended twice, on consent. Counsel for Plaintiff consents to this request.

In lieu of Hastens' filing of an answer, the parties request that they instead be permitted to file their stipulation of dismissal or a status report within thirty (30) days.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Nixon Peabody LLP

/s/ David A. Tauster
David A. Tauster

cc:   All counsel of record (via ECF)

4817-5974-1102.1